IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:05cv475 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

The petitioner, Kenneth Johnson, filed a Motion for Leave to Proceed In Forma Pauperis (filing no. 2) in this action, but he then paid the $5.00 filing fee (filing no. 4). At present, there are no other costs to be borne by the petitioner in this action. If any additional costs arise in the future, the petitioner may file a new Motion for Leave to Proceed In Forma Pauperis. At this time, however, filing no. 2 is moot, and is therefore denied, without prejudice.

SO ORDERED.

DATED this 29th day of November, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge