IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | 8:05cv475 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

The court issued a Progression Order on April 28, 2006 (filing no. 12) for the filing of briefs in this habeas corpus case. The petitioner's brief was due on June 1, 2006, but he has not filed a brief. The court requests that the petitioner notify the court whether or not he requires an extension of time to submit his brief. Extensions of time are freely granted. A response to this inquiry is requested by June 22, 2006, and failure to respond may be construed as an abandonment of the petitioner's habeas claims. If the petitioner does respond that he needs an extension of time, he shall state how much time he would like in order to prepare his brief.

SO ORDERED.

DATED this 13th day of June, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge